**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JAMES SLINKER, AN INDIVIDUAL,<br>Appellant,<br>vs.<br>JAMIE ZALESKI, AN INDIVIDUAL,<br>Respondent. | No. 68507<br><br>**FILED**<br><br>OCT 1 9 2015 |



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the settlement conference, the stipulation of the parties and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN .

BY: _____

cc: Hon. Douglas Smith, District Judge
Carolyn Worrell, Settlement Judge
Cliff W. Marcek, P.C.
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-31811